# NO. 12-23-00173-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WEST COAST DENTAL SERVICES, INC.,* **APPELLANT** | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 2* |
| *CENTRIS INFORMATION SERVICES, LLC,* **APPELLEE** | § | *GREGG COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant West Coast Dental Services, Inc. filed an unopposed motion to dismiss this appeal. Appellant states that it no longer desires to pursue the appeal. The motion to dismiss is *granted*, and the appeal is *dismissed*. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered October 6, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 6, 2023**

**NO. 12-23-00173-CV**

**WEST COAST DENTAL SERVICES, INC.,**
Appellant
V.
**CENTRIS INFORMATION SERVICES, LLC,**
Appellee

Appeal from the County Court at Law No 2

of Gregg County, Texas (Tr.Ct.No. 2023-422-CCL2)

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*